**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T Doria, | No. CV-19-05643-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Sunrun Inc., | |
| Defendant. | |

This matter is before the Court on an *Ex Parte* Motion for Temporary Restraining Order filed by Plaintiff who is appearing *pro se*. (Doc. 2). Unlike a preliminary injunction filed under Fed. R. Civ. P. 65(a), a temporary restraining order ("TRO") may be entered "without written or oral notice to the adverse party." Fed. R. Civ. P. 65(b). A TRO may issue *ex parte* if: "(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition"; and (B) the movant "certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b).

To the extent Plaintiff seeks a TRO without notice, he has not shown that he will suffer irreparable injury before Defendants can be heard in opposition. Fed. R. Civ. P. 65(b)(1). Because the request for a TRO fails to comply with Rule 65(b)(1), the Court, in its discretion, will deny the portion of the Motion that seeks a TRO. *See* LRCiv. 65.1; *see also Am. Can Co. v. Mansukhani*, 742 F.2d 314, 321 (7th Cir. 1984) (district court abused

its discretion in granting *ex parte* temporary restraining order "when there was no valid reason for proceeding *ex parte* and by disregarding the strict procedural requirements of Fed. R. Civ. P. 65(b) for the issuance of such *ex parte* orders"); *see also Reno Air Racing Assoc., Inc. v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006) ("[C]ourts have recognized very few circumstances justifying the issuance of an *ex parte* TRO"). The Court will, therefore, treat the request for TRO as a motion for preliminary injunction.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Ex Parte* Motion for TRO (Doc. 2) is **denied**. The Court construes the request for a TRO as a Motion for preliminary injunction, and Defendant shall file a Response to that Motion by the deadline established in the Local Rules.

Dated this 19th day of November, 2019.

Honorable Diane J. Humetewa
United States District Judge