1  DANIEL T. DORIA, APPEARING PRO SE
2  8776 E. SHEA BLVD #106 PMB481
   SCOTTSDALE, AZ 85260
3  TELEPHONE: 702.279.5326
4  E-MAIL: DTDORIA85@GMAIL.COM
   DANIELDORIA105@YAHOO.COM
5
6
7
8
9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF ARIZONA
11
12 DANIEL T. DORIA, *an individual*
13             Plaintiff,            **PROOF OF SERVICE**
14     v.
15 Sunrun Inc.,
16             Defendant
17                                    `
18
19
20
21
22
23
24
25
26
27
28
   **PROOF OF SERVICE**                            Case No. 2:19-CV-05643-DJH

I, Daniel Doria, the Plaintiff, reside in Flagstaff, Arizona. On March 23rd, 2020, I served Defendant, the following documents, by placing a copy in a separate envelope, with postage fully pre-paid, for the address named below and depositing it into the U.S. Mail at 2400 N. Postal Blvd, Flagstaff, AZ 86004..

On March 23rd, 2020, I served the within documents:

**'FIRST AMENDED COMPLAINT'**

**'MPA ISO...'**

On the parties in this action addressed as follows:

ArenaHoffmanLLP
220 Montgomery St. Suite 905
San Francisco, CA 94104

*Defendant*

Executed on March 23rd, 2020, at Flagstaff, Arizona.

_____
Daniel T. Doria

1

PROOF OF SERVICE                                                    Case No. 2:19-CV-05643-DJH