# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T Doria, | No. CV-19-05643-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Sunrun Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 60), filed on August 6, 2020,

**IT IS ORDERED** approving the Stipulation (Doc. 60) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** denying all pending motions (Doc. 2; Doc. 41; Doc. 50) as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 7th day of August, 2020.

Honorable Diane J. Humetewa
United States District Judge